IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,

vs.

OCTAVIO HERNANDEZ SUAREZ,

    Movant.

No. 2:02-cr-0246 WBS AC P
2:12-cv-1957 WBS AC

ORDER

/

    Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On April 5, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-eight days. Movant has filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 5, 2013, are adopted in full;

2. Movant's July 25, 2012 motion to set aside a previous § 2255 judgment (Docket No. 213), and March 20, 2013 application for writ of audita querela (Docket No. 215) are hereby denied without prejudice; and

3. The Clerk of the Court is directed to close the companion civil case, No. 2:12-cv-1957 WBS AC.

DATED: April 29, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE